# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CALESTINI,  | |
| Plaintiff, | CIVIL ACTION NO. 3:19-cv-01995 |
| v. | (SAPORITO, M.J.) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of April, 2021, in accordance with the accompanying Memorandum, the motion for summary judgment filed by the defendant, State Farm Mutual Automobile Insurance Company (Doc. 27), is **DENIED**.

*s/Joseph F. Saporito, Jr*.
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge
